IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4.     BRIAN HICKS,
         a/k/a "Solo,"
         a/k/a "S,"

       Defendant.

## ORDER

THIS MATTER is before the Court on the disclosure of Grand Jury testimony to Defendant Brian Hicks. In my Order of November 5, 2008 [doc. #641], I ordered that the government is allowed to release to Defendant the grand jury testimony of ATF Special Agent Leviticus Desrosier and Aurora Police/Metro Gang Task Force Officer Steven Stanton.[1] In addition, I ordered the parties to submit a proposed protective order. On December 2, 2008, the government filed a Proposed Protective Order Pertaining to the Disclosure of the Grand Jury Testimony of Investigator Robert Fuller [doc. #666]. In this order, the government indicated that it no longer opposes the disclosure to Defendant of the Grand Jury testimony of Robert Fuller, an investigator

---

[1] This order also pertained to Defendants Benjamin Cornell Thomas and Defendant Willie Clark, but Thomas has since entered a Notice of Disposition, and Clark's case will be dismissed without prejudice. Thus, the present order, the release of grand jury transcripts, and the protective order, all only pertain to Defendant Brian Hicks.

with the Denver District Attorney's Office. The government had previously opposed this disclosure due to concerns regarding the safety of the witness. In addition, the government submitted a proposed protective order pertaining to the Grand Jury testimony of Robert Fuller. Counsel for both the government and Defendant have verbally agreed to the application of this proposed protective order to the testimony of Special Agent Leviticus Desrosier and Officer Steven Stanton as well. Accordingly, it is hereby

ORDERED that, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the government may disclose to the Defendant Brian Hicks and his attorneys in the course of discovery in this case the Grand Jury testimony of Investigator Robert Fuller of the Denver District Attorney's Office. It is

FURTHER ORDERED the Grand Jury testimony of ATF Special Agent Leviticus Desrosier, Aurora Police/Metro Gang Task Force Officer Steven Stanton, and Investigator Robert Fuller is the subject of the following protective order:

(1) The Court shall direct that copies of the Grand Jury transcripts or other material provided to the defense counsel of record shall, at all times, remain in the personal control of counsel.

(2) The defendant may review the Grand Jury transcript or material in the presence of counsel. Under no circumstance shall the Grand Jury transcripts and material be entrusted to the defendant outside of the presence of counsel.

(3) Counsel for the defendant will be provided with one copy of the Grand

Jury transcript and no further duplication or publication of such Grand Jury transcripts shall be made without the permission of the Court.

(4) Any Grand Jury transcript or material disclosed pursuant to this order shall be delivered to the United States Attorney's Office at the conclusion of the case.

(5) Any Grand Jury transcript or material received pursuant to this order shall be for official purposes only. Any violation of this order shall be subject to sanctions to be determined by the Court.

Dated: December 11, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge