UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. BRIAN HICKS, a/k/a "Solo," a/k/a "S,"

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant Brian Hicks's Motion to Allow Inspection and Examination of the Source Lists and Master Jury Wheel of the Denver Division, to Determine Composition of Qualified Juror Pools [doc. #343, filed February 4, 2008]. On December 22, 2008, I entered an Order granting Plaintiff's motion in part and denying it in part. I allowed both sides to access the source lists and master jury wheel of the Denver division for the identification number, occupation, race, national origin, and zip code of the grand jury panels in the second superseding indictment, but not for any other information. I am hereby supplementing that Order.

    Subsequent to that Order, the Clerk's office submitted to me a list of grand juror information that satisfied the Court's order to the best of its ability. It attached a memorandum explaining the information that it was providing and its reasons for providing that information. Accordingly, I am now supplementing my Order of December 22, 2008 by attaching the grand juror information provided by the Clerk's

office along with a memorandum explaining that information. I find that the parties'

ability to review this information satisfies my Order of December 22, 2008.


Dated: January 14, 2009.

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

**MEMORANDUM**

This memorandum responds to an ORDER [doc. 699, filed December 22, 2008] filed in Case No. 07-cr-00184-WYD, United States of America vs. 4. Brian Hicks. The memorandum will describe the information the clerk's office has available and the methodology by which the information was gathered.

**Introduction**

The structure, management, and operations regarding jurors in the United States District Court for the District of Colorado are governed by the **Amended Plan for the Random Selection of Grand and Petit Jurors** *(effective February 14, 2001)* (Plan). The Plan has been approved by the Court and by the Reviewing Panel of the Judicial Panel of the Tenth Circuit. The Plan is managed by the Clerk of Court under the supervision of the Chief Judge. The Chief Deputy of Operations manages the day to day operations of the Jury Department for the Clerk of Court.

The ORDER entered on December 22, 2008, directs the following:

"The government and Hicks's counsel, or his agent, are allowed access to the source lists and master jury wheel of the Denver division for the identification number, occupation, race, national origin, and zip code of the grand jury panels in the second superseding indictment, but not for any other information."

It is important at this point to explain how some of the terms used in the ORDER are defined in the Plan. The Plan defines "Source List" and "Master Jury Wheel" as follows:

| | |
|---|---|
| **Source List** | The source list is all citizens of the State of Colorado eligible for jury service either because they are registered to vote or have a driver's license. The source list contains 4,906,176 names and addresses. It does not have identification numbers, occupation, race, or national origin information. |
| **Master Jury Wheel** | The master jury wheel contains 63,999 names randomly selected from the source list and broken down by jury |

division, of which there are four in the District of Colorado. The clerk's office assigns an identification number at this point. The names do not have an occupation, race or national origin associated with them.

With these terms in mind, what follows herein is a description of the process by which a grand jury in the District of Colorado is chosen.

**Grand Jury Selection Process**

Pursuant to the Plan, a grand jury is chosen from the entire District of Colorado and not any one jury division. Due to this requirement, the clerk's office is not able to produce the information requested in the ORDER for the Denver Jury Division. The grand jury that returned the second superseding indictment in this case was Grand Jury 2007-01 and was selected according to the following steps.

**Step One** Jury summons were mailed to 299 individuals from all jury divisions. The numbers from each jury division were chosen proportionally based on population out of the master jury wheel. In addition to the summons, individuals were sent a qualification questionnaire.

**Step Two** The qualification questionnaires were returned by some individuals. Some of the mail was undeliverable. Based on their answers, some individuals were disqualified in accordance with the Plan. For example, the clerk's office may disqualify someone if they are not a United States citizen. The clerk's office captures occupation and race off the qualification questionnaire, if the individual answered those questions.

**Step Three** Of those individuals qualified to serve, eighty-five were chosen at random to report to the courtroom for *voir dire* and possible selection. Twenty-three jurors and twenty-three alternates were chosen.

With this process in mind, what follows herein is a description of what information the clerk's office is producing to comply with the ORDER.

**Grand Jury Report and Methodology**

Grand Jury 2007-01 returned the second superseding indictment in this case on April 25, 2007. Attached to this memorandum you will find the statistical breakdown for the 299 individuals identified and summoned as part of the selection process of Grand

Jury 2007-01. The first page of the report contains an explanation of terms and methodology. The report does not contain a field for national origin, as that information is not collected by the clerk's office. The report only contains information on occupation and race for individuals answering those questions on the qualification questionnaire.

All address data shown is reported to the clerk's office by the State of Colorado. This information is not always accurate, as seen by the number of undeliverable summons. The address data is loaded into the Jury Management System (JMS). JMS is an automation software program designed by the Administrative Office of the U.S. Courts to manage jury wheels, summonsing, panels, and payment. It is used by federal district courts across the country and is considered the standard software program for this process.

**Conclusion**

The report attached satisfies the Court's ORDER to the best of the ability of the clerk's office. There are some sections of the ORDER the clerk's office could not comply with. It could not produce grand jury information for the Denver Jury Division due to the fact all grand juries are chosen from the district as a whole. It could not produce juror information by source list due to the fact is was over four million names and would only have contained the zip code. The master jury wheel information would have been similarly unhelpful. The clerk's office could not produce national origin information since it is not collected. The occupation and race information is limited to those individuals who responded to the summons and chose to report the data.

The report shown below was generated using the Jury Management System (JMS) computer software. The data is for Grand Jury Panel 2007-01.

**Column Definitions**

| | |
|---|---|
| **Identification Number** | The number randomly assigned by JMS to each individual in the master jury wheel. |
| **Zip Code** | The zip code of the individual. |
| **Juror Status** | The status of the individual as shown in JMS. See definitions below. |
| **Occupation** | The occupation of the individual as reported on the qualification questionnaire. |
| **Race** | The race of the individual as reported on the qualification questionnaire. |

**Juror Status Definitions**

| | |
|---|---|
| **Undeliverable** | The summons was returned undeliverable by the post office. |
| **Summoned** | The individual did not respond to the jury summons. |
| **Disqualified** | The individual was disqualified from jury service prior to selection. |
| **Excused** | The individual was excused from jury service by a judicial officer. |
| **Responded** | The individual responded to the qualification questionnaire and was eligible for selection. |
| **Juror** | The individual was selected for jury service. |

**Grand Jury 2007-01 Selection Data**

| | |
|---|---|
| Undeliverable | 79 |
| Summoned | 19 |
| Disqualified | 58 |
| Excused | 41 |
| Responded | 79 |
| Juror | 23 |
| Total | 299 |

| Identification Number | Zip Code | Juror Status | Occupation | Race |
|---|---|---|---|---|
| 100120588 | 80112-1204 | Undeliverable | | |
| 100120627 | 80203-2845 | Responded | SOCIAL WORKER | White |
| 100120819 | 80113-4208 | Excused | INVESTMENT ADVISOR | White |
| 100120991 | 80134-7562 | Responded | NURSE | White |
| 100121135 | 80219-3415 | Disqualified | | Unknown |
| 100121260 | 14784-0040 | Disqualified | | White |
| 100121356 | 80203-2497 | Excused | TEACHER | Hispanic |
| 100121567 | 80219-2780 | Undeliverable | | |
| 100121626 | 80236-3257 | Disqualified | VP/CONSTRUCTION | White |
| 100122232 | 80524-1843 | Undeliverable | | |
| 100122855 | 80220-3638 | Disqualified | | Black |
| 100122886 | 80219-4613 | Undeliverable | | |
| 100122941 | 80111-5821 | Excused | STUDENT/COUNSELOR | White |
| 100123271 | 80214-1472 | Undeliverable | | |
| 100123489 | 80232-6952 | Responded | BILLING SUPERVISOR | White |
| 100123672 | 80027-6031 | Juror | MECHANIC | White |
| 100123933 | 80031-2727 | Undeliverable | | |
| 100124197 | 80524-2207 | Responded | MENTAL HEALTH COUNSELOR | White |
| 100124390 | 80615-9077 | Disqualified | OFFICE MANAGER | White |
| 100124774 | 80227-2749 | Responded | SOFTWARE ENGINEER | White |
| 100124937 | 80233-4674 | Responded | DATA ENG'R | White |
| 100125325 | 80220-3170 | Undeliverable | | |
| 100125364 | 80104-1858 | Disqualified | SOFTWARE ENG'R | White |
| 100125767 | 80110-6214 | Responded | SERVICE FITTER | White |
| 100126084 | 80005-2371 | Disqualified | | White |
| 100126145 | 80525-3344 | Responded | JOURNALIST | White |
| 100126217 | 80538-8867 | Disqualified | | White |
| 100126824 | 80501-3422 | Juror | RETIRED | White |
| 100126923 | 80127-1618 | Responded | MANAGER | Asian |
| 100126955 | 80421-0697 | Juror | PHARMACY TECH | White |
| 100127236 | 80015-1439 | Undeliverable | | |
| 100127403 | 80017-1111 | Undeliverable | | |
| 100127606 | 80621 | Undeliverable | | |
| 100127702 | 80401-9498 | Responded | ACCOUNTANT | White |
| 100127864 | 80130-3822 | Responded | SYSTEM ENG'R | White |
| 100128333 | 80439-8703 | Responded | FINISH CARPENTER | White |
| 100128463 | 80013-3617 | Responded | OPERATIONS MGR | White |

| Identification Number | Zip Code | Juror Status | Occupation | Race |
|---|---|---|---|---|
| 100128624 | 80014-3620 | Disqualified | RET'D TELEPHONE OPERATOR | White |
| 100128692 | 80206-1345 | Responded | REAL ESTATE DEVELOPMT | White |
| 100128715 | 80516-4646 | Undeliverable | | |
| 100129570 | 80651 | Undeliverable | | |
| 100129668 | 80128-7606 | Juror | RECREATIONAL SPECIALIST | Hispanic |
| 100129767 | 80226-5004 | Undeliverable | | |
| 100129994 | 80124-9780 | Responded | TECH SUPPORT MANAGER | Asian |
| 100130088 | 80602-8185 | Responded | OFFICE MANAGER | White |
| 100130197 | 80122-2417 | Responded | RETAIL SALES | White |
| 100130316 | 80424-8425 | Undeliverable | | |
| 100130376 | 80540-0333 | Undeliverable | | |
| 100130431 | 80214 | Juror | INVESTIGATIONS | White |
| 100130472 | 80233-5070 | Disqualified | RET'D TEACHER | White |
| 100130532 | 80401-3597 | Excused | MINING GEOLOGIST | White |
| 100130701 | 80015-1002 | Disqualified | CARPENTER | White |
| 100130748 | 80525-2999 | Undeliverable | | |
| 100131216 | 80108-3641 | Disqualified | SALES | White |
| 100131224 | 80215-6240 | Responded | RETAIL MGMT | Black |
| 100131332 | 80304-3964 | Excused | LAWYER | White |
| 100131398 | 80033-5408 | Undeliverable | | |
| 100131725 | 80504-6226 | Juror | EDUCATOR | White |
| 100132169 | 80526-5938 | Disqualified | DISHWASHER | White |
| 100132188 | 80203-2632 | Responded | LOAN OFFICER | White |
| 100132401 | 80547-0102 | Summoned | | |
| 100132505 | 92117-2919 | Undeliverable | | |
| 100132559 | 81211-9857 | Excused | MARINE CHIEF ENG'R | Unknown |
| 100132732 | 80538-7307 | Summoned | | |
| 100132890 | 80521-1039 | Excused | PARAMEDIC/EMC | White |
| 100132900 | 80421-1062 | Undeliverable | | |
| 100132940 | 80403-8318 | Disqualified | | Unknown |
| 100133069 | 80503 | Undeliverable | | |
| 100133297 | 80538-4396 | Disqualified | PROGRAM MANAGER | White |
| 100133306 | 80121 | Excused | ATTORNEY | White |
| 100133352 | 80016-1519 | Juror | NURSE | White |
| 100133437 | 85303-2419 | Disqualified | | Unknown |
| 100133978 | 80134-9153 | Juror | ADMINISTRATOR | White |
| 100134025 | 80013-4141 | Undeliverable | | |

| Identification Number | Zip Code | Juror Status | Occupation | Race |
|---|---|---|---|---|
| 100134737 | 80026-2165 | Disqualified | RN | White |
| 100134921 | 80304-0490 | Excused | PHYSICIAN | White |
| 100135082 | 75244-3491 | Disqualified | | Unknown |
| 100135307 | 80013-4049 | Undeliverable | | |
| 100135372 | 80227-3409 | Undeliverable | | |
| 100135794 | 80205-2708 | Undeliverable | | |
| 100135992 | 80013-3043 | Disqualified | | Unknown |
| 100136046 | 80109-3528 | Responded | STRUCTURAL ENG'R | Hispanic |
| 100136112 | 80016-1757 | Excused | STUDENT | Unknown |
| 100136441 | 80030-4279 | Undeliverable | | |
| 100136634 | 80538-2313 | Undeliverable | | |
| 100136761 | 80215-5910 | Undeliverable | | |
| 100136990 | 80304-3601 | Disqualified | | White |
| 100137079 | 80004-1116 | Responded | INSTRUCTION TECH | Hispanic |
| 100137296 | 39047-7961 | Disqualified | | White |
| 100137470 | 71047-7336 | Disqualified | RESTAURANT MGR | White |
| 100137496 | 80138-5754 | Juror | IT TECH | White |
| 100137748 | 80538-1287 | Responded | SALES | White |
| 100138218 | 55944-1488 | Disqualified | VETERINARIAN | White |
| 100138425 | 80004-1759 | Responded | PROPERTY MANAGER | Hispanic |
| 100139085 | 80005-4322 | Disqualified | | White |
| 100139149 | 80138-3117 | Responded | RETIRED | White |
| 100139555 | 80002-3253 | Excused | HOMEMAKER | White |
| 100139594 | 80534-0243 | Undeliverable | | |
| 100139634 | 80218-2153 | Excused | FLIGHT PARAMEDIC | White |
| 100139646 | 80227-4424 | Responded | INSURANCE | White |
| 100139817 | 80005 | Excused | ATTORNEY/JUDGE | Asian |
| 100140247 | 80112-3140 | Undeliverable | | |
| 100140299 | 80126-3261 | Undeliverable | | |
| 100140396 | 80031-3162 | Responded | DRIVER | White |
| 100140498 | 80601-1510 | Undeliverable | | |
| 100140699 | 80421-1563 | Excused | RETAIL/OWNER | White |
| 100141067 | 80231-4407 | Excused | NANNY | White |
| 100141229 | 04103-4600 | Disqualified | HOMEMAKER | White |
| 100141259 | 80401-3151 | Undeliverable | | |
| 100141296 | 80224-2760 | Undeliverable | | |
| 100141300 | 80634-5155 | Responded | FISHING TACKLE | Hispanic |

| Identification Number | Zip Code | Juror Status | Occupation | Race |
|---|---|---|---|---|
| 100141317 | 80116-9509 | Responded | ENGINEER | White |
| 100141464 | 80503-8651 | Responded | SALES | White |
| 100141647 | 80206-2107 | Excused | PROFESSOR | White |
| 100141650 | 80631-3237 | Undeliverable | | |
| 100141663 | 80228-2611 | Responded | HOMEMAKER | White |
| 100141982 | 80012-3232 | Responded | LEGAL SECRETARY | White |
| 100142325 | 80301-4802 | Disqualified | PLUMBER | White |
| 100142426 | 80302 | Undeliverable | | |
| 100142444 | 80915-2135 | Excused | MACHINIST/PROGRAMMER | White |
| 100142579 | 80026-2448 | Excused | HOUSEKEEPER | Hispanic |
| 100142602 | 80020-6608 | Juror | REAL ESTATE | White |
| 100142741 | 80537-9791 | Responded | QUALITY ASSURANCE TECH | White |
| 100142854 | 80018-3035 | Responded | ` | White |
| 100143075 | 80501-2855 | Summoned | | |
| 100143093 | 80104-8706 | Responded | HOUSE CLEANING | White |
| 100143253 | 80015-1276 | Responded | DEPUTY CITY MANAGER | White |
| 100143452 | 80120-1213 | Undeliverable | | |
| 100143617 | 80016-7037 | Responded | ` | White |
| 100143732 | 80634-8821 | Juror | HOMESCHOOL/HOMEMAKER | White |
| 100144045 | 80112-5991 | Juror | DISTRICT MANAGER | Hispanic |
| 100144645 | 80130-8810 | Responded | REAL ESTATE | White |
| 100144720 | 80538-3059 | Disqualified | RET'D ARTIST | White |
| 100145029 | 80011-7323 | Responded | RETIRED | White |
| 100145171 | 80737-0063 | Undeliverable | | |
| 100145486 | 80233-6192 | Undeliverable | | |
| 100145616 | 80219-5001 | Responded | ACCOUNTS ASST | White |
| 100146185 | 80457 | Responded | ATTORNEY | White |
| 100146309 | 80701-3028 | Disqualified | ADMIN ASST | White |
| 100146430 | 80108-7749 | Responded | TEACHER | White |
| 100146822 | 80241 | Responded | ADMINISTRATION | White |
| 100147366 | 80212-1722 | Disqualified | | White |
| 100148315 | 80601-0811 | Undeliverable | | |
| 100148496 | 80634-4937 | Disqualified | PHARMACY TECH | White |
| 100148536 | 80540-8939 | Excused | ARTIST ASST | White |
| 100148925 | 80005-2314 | Disqualified | ANALYST CONSULTANT | White |
| 100148980 | 80452 | Responded | ADMIN | White |
| 100149053 | 80513-1011 | Undeliverable | | |

| Identification Number | Zip Code | Juror Status | Occupation | Race |
|---|---|---|---|---|
| 100149361 | 80005-4742 | Responded | BENEFITS SUPERVISOR | White |
| 100149467 | 80237-3446 | Undeliverable | | |
| 100149533 | 80212-7039 | Undeliverable | | |
| 100149619 | 80124-9760 | Responded | DESK CLERK | White |
| 100150117 | 80615-8223 | Responded | TECHNICIAN | White |
| 100150242 | 80104-2089 | Responded | STOCKER | Black |
| 100150262 | 80601-1644 | Undeliverable | | |
| 100150527 | 80003-4057 | Summoned | | |
| 100150634 | 80120-2035 | Undeliverable | | |
| 100150714 | 80526-1115 | Responded | CREDIT MANAGER | White |
| 100150720 | 80207-1142 | Undeliverable | | |
| 100150913 | 80301 | Undeliverable | | |
| 100150988 | 80239-5929 | Disqualified | | Unknown |
| 100151116 | 80134-5860 | Responded | CIVIL ENGINEER | White |
| 100151197 | 80601 | Disqualified | | Unknown |
| 100151202 | 80107-2051 | Responded | PETROLEUM MGMT | Hispanic |
| 100151348 | 80615-8706 | Undeliverable | | |
| 100151383 | 80723-1803 | Responded | ` | White |
| 100151527 | 80237 | Undeliverable | | |
| 100151826 | 80128-4034 | Undeliverable | | |
| 100151871 | 80020-2492 | Responded | LOAN PROCESSOR | Hispanic |
| 100152050 | 73034-2120 | Disqualified | HOMEMAKER | White |
| 100152197 | 80401-1741 | Summoned | | |
| 100152216 | 80205-4753 | Juror | ATTORNEY | White |
| 100152245 | 80860-0385 | Summoned | | |
| 100152675 | 80021-3865 | Juror | GIS TECH | White |
| 100152735 | 80204-3132 | Summoned | | |
| 100152878 | 80526-6933 | Excused | RETAIL SALES | White |
| 100153154 | 80759-0063 | Disqualified | DISHWASHER | White |
| 100153172 | 80017-3414 | Undeliverable | | |
| 100153361 | 33140-3144 | Undeliverable | | |
| 100154305 | 80828-1244 | Juror | WASTEWATER | White |
| 100154394 | 80015-5463 | Disqualified | RESEARCH ASST | Asian |
| 100154398 | 80631-5918 | Undeliverable | | |
| 100154684 | 80503-8750 | Excused | | Hispanic |
| 100155150 | 80623-0315 | Responded | PRODUCT COVERSION | White |
| 100155205 | 80003-3604 | Juror | WELDER | Hispanic |

| Identification Number | Zip Code | Juror Status | Occupation | Race |
|---|---|---|---|---|
| 100155387 | 80011-8442 | Disqualified | | White |
| 100155462 | 80131-0298 | Excused | FIREFIGHTER | White |
| 100155465 | 80465-2305 | Undeliverable | | |
| 100155468 | 80538-6117 | Juror | PERSONAL BANKER | White |
| 100155478 | 80212-2551 | Undeliverable | | |
| 100155506 | 80016-1175 | Responded | | White |
| 100156006 | 80215-5448 | Excused | PROPOSAL MANAGER | White |
| 100156588 | 80214 | Responded | MEAT CUTTER | Hispanic |
| 100156967 | 80222-3737 | Disqualified | | Unknown |
| 100157310 | 80219-4903 | Undeliverable | | |
| 100157620 | 80241-1386 | Juror | MARKETING EVENTS MGMT | White |
| 100157742 | 80202-1536 | Undeliverable | | |
| 100157896 | 80017-4396 | Excused | CAR SALES | White |
| 100157946 | 80135-8443 | Excused | SALES | White |
| 100157954 | 80111 | Responded | SALES ASSOCIATE | White |
| 100157959 | 60035-4052 | Summoned | | |
| 100158520 | 80121-1500 | Excused | | White |
| 100158680 | 80222 | Responded | BUSINESS OWNER | White |
| 100158767 | 80210-1910 | Summoned | | |
| 100159333 | 80004-4258 | Disqualified | | White |
| 100159584 | 80004-2713 | Disqualified | MANAGER | White |
| 100159708 | 80210-4306 | Summoned | | |
| 100160047 | 80537-7303 | Responded | RETIRED | White |
| 100160106 | 80207-2745 | Responded | TELECOMMUNICATIONS | White |
| 100160170 | 80013 | Responded | LOAN PROCESSOR | White |
| 100160256 | 80206-2811 | Responded | SOFTWARE DEVELOPER | White |
| 200024780 | 81520-7932 | Undeliverable | | |
| 200025211 | 81401-7790 | Undeliverable | | |
| 200025630 | 81413-0867 | Disqualified | SALES | White |
| 200025859 | 81650-2501 | Disqualified | | White |
| 200026011 | 81506-8611 | Disqualified | | Unknown |
| 200026099 | 81501-2650 | Undeliverable | | |
| 200026717 | 81501-7606 | Undeliverable | | |
| 200026870 | 81521-9124 | Responded | CNA | White |
| 200027258 | 80113-2677 | Summoned | | |
| 200028493 | 81601-3932 | Excused | NURSING | White |
| 200028934 | 81503-2805 | Excused | | White |

| Identification Number | Zip Code | Juror Status | Occupation | Race |
|---|---|---|---|---|
| 200028958 | 81503-2976 | Responded | NON-PROFIT | White |
| 200029708 | 81652-8613 | Excused | TEACHER | White |
| 200029966 | 81601-3633 | Undeliverable | | |
| 200030077 | 81503-1268 | Undeliverable | | |
| 200030281 | 81623-9420 | Responded | | White |
| 200030491 | 81611-2207 | Disqualified | | White |
| 200030720 | 81230-1086 | Responded | RANCHER/EDUCATION CONSULTING | White |
| 200030849 | 81402-3047 | Disqualified | | Hispanic |
| 200030918 | 81503-1775 | Responded | BUSINESS OWNER | White |
| 200031323 | 81621-9370 | Undeliverable | | |
| 200031609 | 80033-2133 | Undeliverable | | |
| 200031981 | 81626-0368 | Undeliverable | | |
| 200032019 | 81521-3205 | Summoned | | |
| 200032204 | 81630-9612 | Responded | FITNESS INSTRUCTOR | White |
| 300024077 | 31404-1218 | Summoned | | |
| 300024153 | 19350-9159 | Summoned | | |
| 300024393 | 80918-3273 | Undeliverable | | |
| 300024401 | 94303 | Disqualified | ENGINEER | White |
| 300024444 | 81004-9712 | Disqualified | MAINTENANCE | White |
| 300024447 | 40121 | Undeliverable | | |
| 300024751 | 80920-5344 | Disqualified | HOMEMAKER | White |
| 300024810 | 81003 | Responded | RETAIL | White |
| 300025149 | 80817-1413 | Disqualified | | White |
| 300025272 | 80917-2808 | Excused | HOUSECLEANER | White |
| 300025645 | 80917-1087 | Undeliverable | | |
| 300025673 | 81073-9315 | Undeliverable | | |
| 300025703 | 80920-7009 | Juror | SUPPLY CHAIN MGR | White |
| 300026195 | 81226-9571 | Disqualified | | Hispanic |
| 300026384 | 80831 | Responded | DEFENSE CONTRACTOR | White |
| 300026404 | 80918-7941 | Excused | MILITARY | White |
| 300026712 | 81001-2728 | Responded | TRUCK DRIVER | White |
| 300026926 | 81019-2141 | Excused | MILL MECHANICAL | Other |
| 300027288 | 81008 | Summoned | | |
| 300027587 | 80907-5818 | Excused | MASON | White |
| 300027661 | 81092-9628 | Excused | | White |
| 300027696 | 80132-8119 | Responded | RET'D AIR TRAFFIC CONTROLLER | White |
| 300027707 | 80919-3402 | Excused | BUSINESS OWNER | White |

| Identification Number | Zip Code | Juror Status | Occupation | Race |
|---|---|---|---|---|
| 300027925 | 80911-2433 | Summoned | | |
| 300027934 | 80903-3113 | Undeliverable | | |
| 300027965 | 80904-2429 | Undeliverable | | |
| 300028049 | 82327-0893 | Disqualified | COUNSELOR | White |
| 300028226 | 80920-4044 | Undeliverable | | |
| 300028247 | 95409-6470 | Disqualified | | Unknown |
| 300028511 | 80919-3838 | Disqualified | RETIRED | White |
| 300028586 | 80909-5049 | Disqualified | HOMEMAKER | White |
| 300028649 | 80904-2772 | Juror | PSYCHOLOGIST | White |
| 300028816 | 80906-8251 | Responded | RN | White |
| 300028878 | 80918-7807 | Responded | CUSTOMER SERVICE/SALES | Other |
| 300029069 | 80911-1654 | Summoned | | |
| 300029091 | 81240-9775 | Responded | PAROLE OFFICER | White |
| 300029444 | 81007-3637 | Juror | MANAGER | White |
| 300029533 | 80831-6738 | Undeliverable | | |
| 300029637 | 81007-1568 | Disqualified | | Hispanic |
| 300029651 | 80923-7650 | Responded | NURSING ASST | White |
| 300029707 | 80916-5545 | Disqualified | | Unknown |
| 300029764 | 81052-3810 | Excused | MANAGER | White |
| 300029793 | 80132-7128 | Responded | FUNERAL HOME | White |
| 300029873 | 09012-0008 | Undeliverable | | |
| 300029982 | 80701-2940 | Responded | RIG SUPERVISOR | Hispanic |
| 300030489 | 80919-2933 | Undeliverable | | |
| 300030505 | 81233-0241 | Responded | WOODWORKER | Hispanic |
| 300030827 | 81146-9522 | Disqualified | MINISTER | White |
| 300030864 | 80909-2523 | Excused | | White |
| 300031099 | 80864-9430 | Juror | SATELITE/MAINTENANCE | White |
| 300031213 | 80918 | Undeliverable | | |
| 300031296 | 80909-1523 | Responded | CONTRACTOR | White |
| 300031304 | 80918-4031 | Summoned | | |
| 300031574 | 80817-1735 | Disqualified | RET'D MILITARY | White |
| 300031577 | 80916-2440 | Excused | AUTOMOTIVE TECH | White |
| 300031659 | 80916-3961 | Excused | CLERICAL/STUDENT | Black |
| 300031974 | 80906-7644 | Juror | MANAGER | White |
| 500028166 | 81147-9508 | Summoned | | |
| 500030525 | 81147 | Excused | RET'D INVESTOR | White |
| 500031417 | 81301-6541 | Undeliverable | | |

| Identification Number | Zip Code | Juror Status | Occupation | Race |
|---|---|---|---|---|
| 500032111 | 81301 | Undeliverable | | |
| 500032921 | 81301 | Excused | MECHANIC | White |
| 500032980 | 81301-5922 | Undeliverable | | |