UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. BRIAN HICKS, a/k/a "Solo", a/k/a "S"

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Consistent with the Parties' Joint Status Report and Recommendations as to the Scheduling of Pre-Trial Motions and Trial, a motions hearing is set for **Thursday, April 1, 2010 at 2:00 p.m.** on Defendant Brian Hick's Motion for Relief from Prejudicial Joinder of Offenses [d/e 821]; Defendant Brian Hicks' Motion to Suppress Stop and Fruits Obtained as a Result Thereof Pursuant to the Fourth Amendment of the United States Constitution [d/e 687]; and Defendant Brian Hick's Motion to Suppress Fruits of an Illegal Search and Request for a Veracity Hearing [d/e 686].  A status conference will also be held on that date to establish a trial setting in this matter.

    Dated: January 27, 2010