UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. BRIAN HICKS, a/k/a "Solo", a/k/a "S"

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The motions hearing set for Thursday, April 1, 2010 at 2:00 p.m. is rescheduled to **Thursday, April 8, 2010 at 2:00 p.m.**

    Dated: March 8, 2010