UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    BRIAN HICKS

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Government shall respond to Defendant's Motion for Order Directing Government to Produce Additional Discovery [ECF No. 943] on or before **Tuesday, September 28, 2010.**

    Dated: September 17, 2010