UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. BRIAN HICKS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A status conference is **SET** for **Monday, May 9, 2011 at 2:30 P.M.**  The parties are ordered to file separate reports informing the Court as to the status of the case, on or before **Monday, May 2, 2011.**

    Dated:  March 22, 2011.