UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. BRIAN HICKS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Government shall file a response to the Defendant's Motion for Additional Discovery Regarding Cooperating Witnesses [ECF No. 992], on or before Friday, April 1, 2011.

    Dated:  March 28, 2011.