UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. BRIAN HICKS,

    Defendant.

## ORDER

Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to the Attorneys for the Defendant pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is,

ORDERED that the Motion [ECF No. 1076] is **GRANTED** and that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorney for the defendant for preparation for trial. It is

FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney for the defendant.

Dated: August 15, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge