**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | August 12, 2011 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

| | |
|---|---|
| Criminal Case No. **07-cr-00184-WYD** | Counsel: |
| UNITED STATES OF AMERICA, | Susan "Zeke" Knox |
| Plaintiff, | |
| v. | |
| **4. BRIAN HICKS, a/k/a Solo, a/k/a S**, | Martha H. Eskesen |
| Defendant. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**11:06 a.m.**    Court in Session - Defendant present (in-custody)

APPEARANCES OF COUNSEL.

Court's opening remarks.

11:08 a.m.    Discussion and argument regarding pending motions.

**ORDERED:**    Defendant Brian Hicks' Motion Regarding Misjoinder and Motion to Sever (ECF Doc. #1019), filed May 7, 2011, is **DENIED AS MOOT.**

**ORDERED:**    Defendant Brian Hicks' Motion in Limine Re: Co-Conspirator Statements and Request for James Hearing (ECF Doc. #482), filed June 5, 2008, is **DENIED AS MOOT.**

-1-

**ORDERED:** Defendant Brian Hicks' Motion for Relief from Prejudicial Joinder of Offenses (ECF Doc. #821), filed August 3, 2009, is **DENIED AS MOOT as it has been superseded by the filing of an additional motion.**

**ORDERED:** Defendant Brian Hicks' Motion to Exclude Cooperating Witness Testimony and Request for Reliability Hearing is **DENIED AS MOOT.**

11:31 a.m.   Discussion regarding setting a motions hearing.

**ORDERED:** A one-day motions hearing is set for **Friday, September 16, 2011, at 10:00 a.m., in courtroom A-1002.**

**ORDERED:** Government shall file any responses and Defendant shall file any supplements to pending motions not later than **Friday, September 2, 2011.**

**ORDERED:** Defendant Brian Hicks' Motion for Order Directing Contact Visits and Request for Hearing (ECF Doc. #919), filed July 13, 2010, is **DENIED AS MOOT.**

**ORDERED:** Defendant Willie Dewayne Clark's Motion to Exclude (ECF Doc. #395), filed March 21, 2008, is **DENIED AS MOOT.**

**ORDERED:** Defendant Brian Hicks' Motion (ECF Doc. #464), filed May 27, 2008, is **DENIED AS MOOT.**

**ORDERED:** Defendant Brian Hicks' Motion (ECF Doc. #782), filed April 20, 2009, is **DENIED AS MOOT.**

**ORDERED:** Defendant is **REMANDED** into the custody of the U.S. Marshal.

**11:42 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :36**