UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. BRIAN HICKS, a/k/a Solo, a/k/a S,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A one-day motions hearing is set for **Friday, December 16, 2011, at 9:00 a.m., in courtroom A-1002.**

    Dated: September 16, 2011.