IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | September 16, 2011 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **07-cr-00184-WYD**            Counsel:

UNITED STATES OF AMERICA,                    Stephanie Podolak
                                             Susan "Zeke" Knox
       Plaintiff,

v.

**4. BRIAN HICKS, a/k/a Solo, a/k/a S**,        Martha H. Eskesen

       Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**

**10:11 a.m.**   Court in Session - Defendant present (in-custody)

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendant's Motion to File Additional Pretrial Motions (ECF Doc. #1103), filed September 14, 2011, is raised for argument.

10:12 a.m.   Argument by Defendant (Ms. Esekesen).

10:13 a.m.   Argument by Government (Ms. Knox).

10:13 a.m.   Argument by Defendant (Ms. Esekesen).

| | |
|---|---|
| **ORDERED:** | Defendant's Motion to File Additional Pretrial Motions (ECF Doc. #1103), filed September 14, 2011, is **GRANTED.** |
| **ORDERED:** | Defendant shall file any additional motions not later than **Friday, September 23, 2011.** |
| **ORDERED:** | Government shall respond to motions within **ten (10) days of the filing of the motions or not later than Monday, October 3, 2011.** |
| 10:14 a.m. | Discussion regarding Defendant's Motion (ECF Doc. #686), filed December 15, 2008.<br><br>Defendant's Motion to Dismiss (Speedy Trial Act) (ECF Doc. #1078), filed August 4, 2011, is raised for argument. |
| 10:19 a.m. | Argument by Defendant (Ms. Eskesen). |
| 10:22 a.m. | Argument by Government (Ms. Knox). |
| **ORDERED:** | Defendant's Motion to Dismiss (Speedy Trial Act) (ECF Doc. #1078), filed August 4, 2011, is **DENIED.**<br><br>Defendant's Motion to Dismiss counts Six and Seven of the Third Superseding Indictment Dated July 11, 2011 (ECF Doc. #1075), filed August 3, 2011, is raised for argument. |
| 10:24 a.m. | Argument by Defendant (Ms. Eskesen). |
| 10:27 a.m. | Argument by Government (Ms. Knox). |
| 10:32 a.m. | Argument by Defendant (Ms. Eskesen). |
| **ORDERED:** | Defendant's Motion to Dismiss counts Six and Seven of the Third Superseding Indictment Dated July 11, 2011 (ECF Doc. #1075), filed August 3, 2011, is **DENIED.**<br><br>Defendant's Motion for Order Directing Government to Produce Additional Discovery (ECF Doc. #943), filed September 15, 2011, is raised for argument. |
| 10:37 a.m. | Argument by Defendant (Ms. Eskesen). |
| 10:41 a.m. | Argument by Government (Ms. Podolak). |

| | |
|---|---|
| **ORDERED:** | Defendant's Motion for Order Directing Government to Produce Additional Discovery (ECF Doc. #943), filed September 15, 2011, is **GRANTED IN PART and DENIED IN PART as outlined by the Court on the record.** |
| | Defendant's Motion for Additional Discovery Regarding Cooperating Witnesses (ECF Doc. #992), filed March 17, 2011, is raised for argument. |
| 10:51 a.m. | Argument by Defendant (Ms. Eskesen). |
| 10:55 a.m. | Argument by Government (Ms. Podolak). |
| **ORDERED:** | Defendant's Motion for Additional Discovery Regarding Cooperating Witnesses (ECF Doc. #992), filed March 17, 2011, is **DENIED WITHOUT PREJUDICE IN PART and DENIED AS MOOT IN PART.** |
| | Defendant's Motion Renewed Motion for Pretrial Disclosure of All Evidence the Government Intends to Offer Pursuant to Rules 404(b), 608 and 609 of the Federal Rules of Evidence (ECF Doc. #1071), filed August 3, 2011, is raised for argument. |
| 11:00 a.m. | Argument by Defendant (Ms. Eskesen). |
| **ORDERED:** | Defendant's Motion Renewed Motion for Pretrial Disclosure of All Evidence the Government Intends to Offer Pursuant to Rules 404(b), 608 and 609 of the Federal Rules of Evidence (ECF Doc. #1071), filed August 3, 2011, is **DENIED AS MOOT.** |
| **ORDERED:** | Defendant's Motion for Pretrial Disclosure of All Evidence the Government Intends to Offer Pursuant to Rule 807 of the Federal Rules of Evidence (ECF Doc. #1073), filed August 3, 2011, is **DENIED AS MOOT.** |
| **ORDERED:** | Defendant's Motion for Discovery of Government Press Releases and Comment (#1074) is **DENIED AS MOOT.** |
| | Defendant's Motion to Exclude Time from Speedy Trial Computation and for Order Granting Continuance of Filing Deadlines (ECF Doc. #920), filed July 15, 2010, is raised for argument. |
| 11:03 a.m. | Argument by Defendant (Ms. Eskesen). |
| **ORDERED:** | Defendant's Motion to Exclude Time from Speedy Trial Computation and for Order Granting Continuance of Filing Deadlines (ECF Doc. #920), filed July 15, 2010, is **DENIED AS WITHDRAWN.** |

Defendant's Amended Motion for Order Regarding Misjoinder and Motion to Sever (ECF Doc. #1072), filed August 3, 2011, is raised for argument.

11:05 a.m.   Argument by Government (Ms. Podolak).

**ORDERED:**   Counsel shall meet and confer and submit a proposed order relating to Defendant's Amended Motion for Order Regarding Misjoinder and Motion to Sever (ECF Doc. #1072), filed August 3, 2011, not later than **Wednesday, September 28, 2011.**

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**11:12 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:01**