**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 4 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

4.    BRIAN HICKS, a/k/a "Solo" a/k/a "S,"

        Defendant.

## ORDER

THIS MATTER is before the Court on the Defendant's Unopposed Motion to Strike [Dkt. #1319] filed January 17, 2014.

Defendant Brian Hicks requests the Court strike paragraph 9 on page 4 from the Rule 11(a)(2) and Rule 11(c)(1)(C) Plea Agreement and Stipulation of Facts filed October 17, 2013 [Dkt. #1297] and the two documents appended to the Statement by Defendant in Advance of Plea of Guilty filed October 17, 2013 [Dkt. #1298].

The United States of America does not oppose the Defendant's requests.

Therefore, it is:

ORDERED that the Defendant's Unopposed Motion to Strike [Dkt. #1319] filed January 17, 2014 is hereby GRANTED. It is

FURTHER ORDERED that paragraph 9 on page 4 of the Rule 11(a)(2) and Rule 11(c)(1)(C) Plea Agreement and Stipulation of Facts filed October 17, 2013 [Dkt. #1297, which states as follows is hereby stricken:

9. The parties agree that, after the defendant is sentenced in this matter, custody of the defendant will be transferred to the Colorado Department of Corrections and, thereafter, the Colorado Department of Corrections will have primary jurisdiction over the defendant. In the event that the defendant's state sentence, issued in Case Number 08-CR-10479, is vacated or set aside, primary jurisdiction will transfer back to the United States Department of Corrections for the remainder of the defendant's federal sentence.

IT IS FURTHER ORDERED that the two documents appended to the Statement by Defendant in Advance of Plea of Guilty filed October 17, 2013 [Dkt. #1298], to wit: (1) Agreement to Transfer Primary Jurisdiction signed by United States Attorney John Walsh, and (2) Letter Agreement to Accept Transfer signed by Rick Raemisch, Executive Director of the Colorado Department of Corrections are also stricken.

Dated: February 4, 2014

BY THE COURT:

Wiley Y. Daniel
Senior United States District Judge