UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. BRIAN HICKS, a/k/a "Solo," a/k/a "S," et al.,

    Defendants.

## ORDER

The Court has considered the government's motion for the three level acceptance of responsibility reduction pursuant to § 3E1.1 of the United States Sentencing Guidelines being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility [ECF Doc. No. 1317], filed January 17, 2014, is **GRANTED.**  It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by § 3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated:  February 4, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE