**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | July 7, 2015 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Tammy Hoffschildt | | |

Criminal Case No. **07-cr-00184-WYD**      Counsel:

UNITED STATES OF AMERICA,            Susan "Zeke" Knox
                                     Stephanie Podolak
       Plaintiff,

v.

**4.  BRIAN HICKS, a/k/a "Solo," a/k/a "S**,"     Martha H. Eskesen

       Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**10:05 a.m.**   Court in Session - Defendant present, in-custody.

APPEARANCES OF COUNSEL.

Court's opening remarks.

Government's Motion and Brief in Support of Dismissal Without Prejudice [ECF Doc. No. 1479], filed May 29, 2015, and Defendant's Motion and Brief to Dismiss with Prejudice for Speedy Trial Act Violation [ECF Doc. No. 1480], filed May 29, 2015, are raised for argument.

10:13 a.m.   Argument by Defendant (Ms. Eskesen).

10:24 a.m.   Argument by Government (Ms. Podolak).

| | |
|---|---|
| 10:36 a.m. | Argument by Defendant (Ms. Eskesen). |
| | Court makes findings. |
| **ORDERED:** | Government's Motion and Brief in Support of Dismissal Without Prejudice [ECF Doc. No. 1479], filed May 29, 2015, is **GRANTED.** |
| **ORDERED:** | Defendant's Motion and Brief to Dismiss with Prejudice for Speedy Trial Act Violation [ECF Doc. No. 1480], filed May 29, 2015, is **DENIED.** |
| | Court indicates that a written order shall follow. |
| 10:46 a.m. | Statement by Defendant requesting that Mr. Hicks remain in federal custody (Ms. Eskesen). |
| **ORDERED:** | Parties shall file a joint stipulated motion by **Wednesday, July 8, 2015** to have Mr. Hicks remain in federal custody. |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **10:51 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :46**