IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. BRIAN HICKS, a/k/a "Solo," a/k/a "S,"

    Defendant.

## ORDER TO CONTINUE FEDERAL CUSTODY

THIS MATTER is before the Court upon the parties' Stipulation to Continue Federal Custody (ECF No. 1485), filed July 7, 2015.   By separate Order (ECF No. 1488) the Court has ordered that the charges against Mr. Hicks are dismissed without prejudice. Additionally, the United States has represented that it will refile charges against Mr. Hicks and the parties have agreed that Mr. Hicks should remain in federal custody pending the refiling of charges against him and further proceedings in this case.   The Court having reviewed the record, hereby adopts the parties' stipulation.   Accordingly, it is

ORDERED that pending the refiling of charges against him, Mr. Hicks shall remain in federal custody pending further proceedings in this case.   It is

FURTHER ORDERED that this Order shall remain in effect for 60 days or until September 8, 2015.

Dated: July 10, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE